UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civ. Action No.1:08cv235 GBL/JFA |
| LINDA WOOLF, DAVID GENGLER, HANDS ON CAPITAL, INC., and LASHAICO, INC., | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

## FINAL JUDGMENT AS TO DEFENDANT
## HANDS ON CAPITAL, INC.

The Securities and Exchange Commission having filed a Complaint and Defendant Hands On Capital, Inc. ("Defendant" or "Hands On Capital") having entered a general appearance; consented to the Court's jurisdiction over Defendant and the subject matter of this action; consented to entry of this Judgment without admitting or denying the allegations of the Complaint (except as to jurisdiction); waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment:

I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant and Defendant's agents, servants, employees, attorneys, and all persons in active concert or participation with it who receive actual notice of this Final Judgment by personal service or otherwise are permanently restrained and enjoined from violating, directly or

indirectly, Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act") [15 U.S.C. § 78j(b)] and Rule 10b-5 promulgated thereunder [17 C.F.R. § 240.10b-5], by using any means or instrumentality of interstate commerce, or of the mails, or of any facility of any national securities exchange, in connection with the purchase or sale of any security:

    (a)    to employ any device, scheme, or artifice to defraud;

    (b)    to make any untrue statement of a material fact or to omit to state a material fact necessary in order to make the statements made, in the light of the circumstances under which they were made, not misleading; or

    (c)    to engage in any act, practice, or course of business which operates or would operate as a fraud or deceit upon any person.

II.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant and Defendant's agents, servants, employees, attorneys, and all persons in active concert or participation with it who receive actual notice of this Final Judgment by personal service or otherwise are permanently restrained and enjoined from receiving, directly or indirectly, any form of compensation for participation in the development, presentation, promotion, marketing, or sale of any Securities Investing Seminar. Securities Investing Seminar means classes, workshops, or seminars (and products or services that are offered in connection with any such Securities Investing Seminar) given to actual or prospective securities investors concerning securities trading and designed to influence their securities trading.

III.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Consent of Defendant Hands On Capital is incorporated herein with the same force and effect as if fully set forth herein, and that Defendant shall comply with all of the undertakings and agreements set forth therein.

IV.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

Dated: April 16, 2013

/s/
Gerald Bruce Lee
United States District Judge

Hon. Gerald Bruce Lee, U.S.D.J.